```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SCOTTSDALE INSURANCE COMPANY *as successor* :
*in interest to Western Heritage Insurance Company*, :
:
                         Plaintiff, :     22-cv-2313 (LJL)
:
      -v- :     <u>ORDER</u>
:
ZOLO SERVICES CORP., QUALITY BUILDING :
CONSTRUCTION LLC, :
:
                         Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      By letter dated July 20, 2022, defendant Quality Building Construction LLC requested an extension of time to file and serve its answer and to vacate the Clerk's Certificate of Default entered at Dkt. No. 16.  The Court previously granted the motion by Text Only Order.  For the avoidance of doubt, it is hereby ORDERED that the Certificate of Default against Quality Building Construction at Dkt. No. 16 is VACATED.

      SO ORDERED.

Dated: July 28, 2022
       New York, New York                         _____
                                                          LEWIS J. LIMAN
                                                 United States District Judge