```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
SCOTTSDALE INSURANCE COMPANY as successor                            :
in interest to Western Heritage Insurance Company,                   :
                                                                     :
                              Plaintiff,                             :      22-cv-2313 (LJL)
                                                                     :
                -v-                                                  :         ORDER
                                                                     :
ZOLO SERVICES CORP., QUALITY BUILDING                                :
CONSTRUCTION LLC,                                                    :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2022

LEWIS J. LIMAN, United States District Judge:

    There is a default judgment hearing in this matter scheduled for tomorrow.  Plaintiff was directed to file a motion for default judgment against defendant Zolo Services Corp. by August 26, 2022.  Plaintiff has not done so.

    It is hereby ORDERED that Plaintiff shall file any motion for default judgment against defendant Zolo Services Corp. by October 20, 2022.  The default judgment hearing currently scheduled for tomorrow, September 28, 2022 is adjourned to October 27, 2022 at 12:00 p.m. and will proceed telephonically.  The parties are directed to dial in to the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the prompts.  Plaintiff is directed to include the date of the adjourned default judgment hearing in its motion papers, which it shall serve on Defendant by October 24, 2022, and to serve a copy of the this Order on Defendant.

    SO ORDERED.

Dated: September 27, 2022
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge