UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

SCOTTSDALE INSURANCE COMPANY, as successor in interest to WESTERN HERITAGE INSURANCE COMPANY,

                Plaintiff,

vs.

ZOLO SERVICES CORP. and
QUALITY BUILDING CONSTRUCTION LLC,

                Defendants.

───────────────────────────────────────────

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

Civil Action No.: 1:22-CV-02313

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Jonathan Schapp, Esq., and its exhibits, Declaration of Pam Downey-Stralser and the accompanying Memorandum of Law, Plaintiff SCOTTSDALE INSURANCE COMPANY, as successor in interest to WESTERN HERITAGE INSURANCE COMPANY, by their attorneys, Goldberg Segalla, LLP, will move this Court **VIA A TELEPHONIC APPEARANCE** at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Hon. Lewis J. Liman, United States District Judge, at a DEFAULT JUDGMENT HEARING, scheduled to proceed **TELEPHONICALLY** on **October 27, 2022** at **12:00 p.m.** the **parties are directed to dial in the Court's teleconference number at 888-251-2909, Access Code 2123101**, **and follow the prompts, so as to appear for the Default Judgment Hearing** for an Order pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Rule 55.2 of the Local Rules of the United States District Court of the Southern District of New York, and Rule E5 of Judge Lewis J. Liman's Individual Practices and Procedures, granting a default judgment in Plaintiff's favor against Zolo

33515763.v1

Services Corp. ("Zolo") on the grounds that said defendant failed to answer or otherwise defend against the complaint.

    THE ATTACHED LEGAL PAPERS ARE BEING SERVED ON YOU BECAUSE YOU HAVE FAILED TO APPEAR IN A LAWSUIT BROUGHT AGAINST YOU. IF YOU DO NOT ENTER AN APPEARANCE IN THE LAWSUIT ON OR BEFORE OCTOBER 27, THE COURT WILL ENTER A DEFAULT JUDGMENT AGAINST YOU. IF YOU ARE A CORPORATION, YOU CAN ONLY APPEAR THROUGH AN ATTORNEY. IF YOU ARE AN INDIVIDUAL, YOU MAY APPEAR BY AN ATTORNEY OR PRO SE. IN EITHER EVENT, YOU MUST TAKE SOME ACTION OR A JUDGMENT WILL BE ENTERED AGAINST YOU. ENTRY OF A JUDGMENT MAY RESULT IN A LEVY AGAINST YOUR PROPERTY.

Dated: October 19, 2022
       Buffalo, New York

                                              **GOLDBERG SEGALLA LLP**

                                s/*Jonathan Schapp*
By    _____
                              Jonathan Schapp, Esq.
                              Paul Steck, Esq.
                              *Attorneys for Plaintiff*
                              665 Main Street, Suite 400
                              Buffalo, New York 14203-1425
                              (716) 566-5400
                              Jschapp@goldbergsegalla.com

TO:    **Zolo Service Corp.**
          Via Secretary of State
          One Commerce Plaza
          99 Washington Avenue
          Albany, New York 12231

&amp;     Jaime Grisales
          8820 Whitney Ave, Suite 4B
          Elmhurst, New York 11373

33515763.v1